**FARUQI & FARUQI LLP**
ATTORNEYS AT LAW

NEW YORK    CALIFORNIA    DELAWARE    PENNSYLVANIA

September 12, 2016

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Sling Media Slingbox Advertising Litigation*,
      Civ. Action No. 1:15 Civ. 05388

Dear Judge Daniels:

We represent Plaintiffs in the above-referenced action.

In the Court's order of August 12, 2016 (ECF No. 40), the Court dismissed Plaintiffs' claims and invited Plaintiffs to submit a proposed amended complaint for the Court's consideration.

As this Court is well aware, leave to amend is to be liberally granted. *See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC*, 797 F.3d 160, 190 (2d Cir. 2015).

In this case, amendment would not be futile. Plaintiffs have:

- asserted a claim for breach of the duty of good faith and fair dealing;
- alleged facts demonstrating that Defendant planned to impose advertising on consumers long before Plaintiffs purchased their products;
- explained how the imposition of ads negatively affected consumers' use and enjoyment of the Slingboxes and caused them harm; and
- narrowed the proposed Class to consumers who purchased their Slingboxes in the State of New York.

We thank the Court for its consideration of this matter.

Very truly yours,

*Adam Gonnelli*

Adam Gonnelli